IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

WALTER DEAN KIRBY, SR.,            )

      PLAINTIFF,               )

VS.                               )          CV00-H-161-E

RITE WAY SERVICES,                )

      DEFENDANT.               )

**ENTERED**

**MAY - 3 2000**

### MEMORANDUM OF DECISION

The court has before it the May 2, 2000 motion of defendant to dismiss the amended complaint filed herein February 14, 2000 as required by the order entered January 20, 2000. Among other grounds set forth in the motion is the ground that the amended complaint fails to state a claim upon which relief may be granted. The court agrees that the amended complaint fails to state a claim upon which relief can be granted. The motion by separate order will be granted.

DONE this _3__ day of May, 2000.

_James H. Hancock_
SENIOR UNITED STATES DISTRICT JUDGE

12